No. 506. BENNETT v. UNITED STATES. December 4, 1939. Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. C. L. Dawson* for petitioner. No appearance for the United States.

No. 553. SCHENK v. CALIFORNIA ET AL. December 4, 1939. Petition for writ of certiorari to the Supreme Court of California, and motion for leave to proceed further *in forma pauperis,* denied. *Robert Schenk, pro se.* No appearance for respondents.

No. 555. NALLY v. MISSOURI. December 4, 1939. Petition for writ of certiorari to the Supreme Court of Missouri, and motion for leave to proceed further *in forma pauperis,* denied. *George W. Nally, pro se.* No appearance for respondent.

No. 549. GROSECLOSE v. PLUMMER, WARDEN. December 4, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. The motion for leave to file petition for writ of habeas corpus is denied. *Mrs. Gladys Towles Root* for petitioner. No appearance for respondent.